No. 87–5951. FREEDMAN *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–5953. JOHNSON *v.* OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 87–5965. JAMES *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 87–5967. THOMPSON *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 87–5969. SCHELL *v.* MEESE, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–5970. MARTIN *v.* DUTCH FORK MAGISTRATE. Ct. Common Pleas of Richland County, S. C. Certiorari denied.

No. 87–5978. HEADLEY *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 87–5981. MCCHRISTION *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–5995. GUERRERO *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 87–6000. BOYER *v.* DAUM. C. A. 8th Cir. Certiorari denied.

No. 87–6003. EDWARDS *v.* LAMBDIN. C. A. 11th Cir. Certiorari denied.

No. 87–6004. LEMONS *v.* DRETKE ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–6005. LEMONS *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–6007. RADVAN-ZIEMNOWICZ *v.* ZIEMNOWICZ ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–6012. MURPHY *v.* NEISNER; and POOL *v.* BURLISON. Sup. Ct. Mo. Certiorari denied.